AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| BRANDON CALLIER <br><br> *Plaintiff(s)* <br> v. <br> PAC WESTERN FINANCIAL, LLC a Utah Limited Liability Company, and JASCOTT ENTERPRISES, a Florida Limited Liability Company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> **EP22CV0301** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAC Western Financial, LLC C/O
Corporation Service Company
15 West South Temple, Suite 600
Salt Lake, UT 84101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
(915) 383-4604
Callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PHILIP J. DEVLIN
*CLERK OF COURT*

Date: 8/26/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| BRANDON CALLIER | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| PAC WESTERN FINANCIAL, LLC a Utah Limited Liability Company, and JASCOTT ENTERPRISES, a Florida Limited Liability Company, | ) | **EP22CV0301** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JASCOTT ENTERPRISES, LLC C/O
Rodney Hubbard
14285 Midway Road, Suite 130
Addison, TX 75001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brandon Callier
> 6336 Franklin Trail
> El Paso, TX 79912
> (915) 383-4604
> Callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PHILIP J. DEVLIN
*CLERK OF COURT*

Date: 8/26/2022

*Signature of Clerk or Deputy Clerk*