## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | CASE NO. 3:22-cv-00301-FM |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PAC WESTERN FINANCIAL LLC, a Utah Limited Liability Company and JASCOTT ENTERPRISES, LLC a Florida Limited Liability Company, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANT PAC WESTERN FINANCIAL, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Pac Western Financial, LLC ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [Dkt. 1] ("Complaint") and respectfully state as follows:

1.      Defendant was served with Plaintiff's Complaint on August 31, 2022, such that Defendant's response to the Complaint was due on September 21, 2022.

2.      Defendant is currently investigating the allegations made in Plaintiff's Complaint and requires additional time to gather information and complete its responsive pleadings.

3.      Accordingly, Defendant respectfully requests that its deadline to file a responsive pleading to Plaintiff's Complaint be extended by three weeks, to October 12, 2022.

4.      Defendant does not make this request for purposes of delay, but only so that justice may be done.

{00127401;1}

5.     Counsel for Defendant conferred with Plaintiff, pro se, and Plaintiff is unopposed to this extension.

**Dated: September 22, 2022**                          Respectfully Submitted,

**GORDON REES SCULLY
MANSUKHANI**

/s/ *Ashley R. Presson*

Ashley R. Presson, *attorney-in-charge*
Texas Bar No. 24074915
Gordon Rees Scully Mansukhani
2705 Bee Caves Road, Suite 220
Austin, TX 78746
Telephone 512-391-0183
apresson@grsm.com
*Attorneys for Defendant Pac Western
Financial LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiff, pro se, and Plaintiff is unopposed to the relief requested in this motion.

/s/ *Ashley R. Presson*
Ashley R. Presson

2

**CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on September 22, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice of this filing to all participants of record in this matter. Additionally, copies of the foregoing document and corresponding Proposed Order were mailed and emailed to Plaintiff at the following address:

**Plaintiff, Brandon Callier, pro se**

6336 Franklin Trail

El Paso, Texas 79912

callier74@gmail.com

/s/ *Ashley R. Presson*
Ashley R. Presson