# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br> Plaintiff, <br><br> v. <br><br> PAC WESTERN FINANCIAL LLC, a Utah Limited Liability Company and JASCOTT ENTERPRISES, LLC a Florida Limited Liability Company, <br><br> Defendants. | § § § § § § § § § § § § § § CASE NO. 3:22-cv-00301-FM |

## [PROPOSED] ORDER GRANTING DEFENDANT PAC WESTERN FINANCIAL LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Pac Western Financial, LLC's ("Defendant") Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"). After considering the Motion, and noting that it is unopposed, the Court determines that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED, and Defendant's deadline to respond to Plaintiff's Complaint is extended until October 12, 2022.

IT IS SO ORDERED.

SIGNED on this ____ day of _____, 2022

{00127401;1}