# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br>    Plaintiff,<br><br>v.<br><br>PAC WESTERN FINANCIAL LLC, A UTAH LIMITED LIABILITY COMPANY; AND JASCOTT ENTERPRISES, LLC, A FLORIDA LIMITED LIABILITY COMPANY,<br>    Defendants. | § § § § § § § § § §   EP-22-CV-00301-FM |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court is "Defendant PAC Western Financial, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint" ("Motion") [ECF No. 3], filed September 22, 2022 by Defendant Pac Western Financial, LLC. Therein, Defendant requests the court extend the time to respond to Plaintiff's complaint to October 12, 2022 for "additional time to gather information and complete its responsive pleadings."[1] The Motion is unopposed. The court finds good cause to grant the Motion. Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that "Defendant PAC Western Financial, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint" [ECF No. 3] is **GRANTED**.

2. It is **FURTHER ORDERED** that Defendant files their answer or otherwise responds to Plaintiff's complaint no later than **October 12, 2022**.

**SIGNED AND ENTERED** this 26 day of **September 2022.**

*Frank h. Montalvo*
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Defendant PAC Western Financial, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint" 1, ECF No. 3, filed Sept. 22, 2022.