**CLERK, U. S. DISTRICT COUR**
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 1C
EL PASO, TEXAS 79901

OFFICAL BUSINESS
PENALTY FOR PRIVATE USE: $300

7020 1810 0001 9927 6254

Brandon Callier
6336 Franklin Trail
El Paso TX US 79912

7020 1810 0001 9927 6254

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

**For delivery information, visit our website at *www.usps.com*®.**

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

**Total Postage and Fees**
$

Postmark
Here

9/27

22CV301
#4

*Sent To* B Callier

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**