**Paralegal-2@LawOfficesMRN.com**

| | |
|---|---|
| **From:** | Ashley Presson <apresson@grsm.com> |
| **Sent:** | Friday, September 30, 2022 3:07 PM |
| **To:** | mnevarez@lawofficesmrn.com |
| **Cc:** | paralegal-2@lawofficesmrn.com |
| **Subject:** | RE: BRANDON CALLIER v. PAC WESTERN FINANCIAL LLC and Jascott Investments LLC - USDC -WDTX Case #22-CV-0301 |

Michael,

Pac Western agrees to the extension. I will give you a call early next week. Thanks,

Ashley

---

**From:** mnevarez@lawofficesmrn.com <mnevarez@lawofficesmrn.com>
**Sent:** Friday, September 30, 2022 1:36 PM
**To:** Ashley Presson <apresson@grsm.com>
**Cc:** paralegal-2@lawofficesmrn.com
**Subject:** BRANDON CALLIER v. PAC WESTERN FINANCIAL LLC and Jascott Investments LLC - USDC -WDTX Case #22-CV-0301

Mr. Presson,

I represent Jascott Investments LLC in subject case.  I tried calling you at the number on your unopposed motion for extension (512-391-0183), but it seems that's in fax mode.  I too would like to file a motion for extension to 10/12/22.  Please advise if you would be opposed to same.

Also, please give me a call at your convenience.

Thank you.

**Michael R. Nevarez**
**Attorney at Law**

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX  79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE:  This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed.  The information contained in this electronic

1

mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information.  If you are not the addressee (or one of the addressees) you are not an intended recipient.  If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error.  In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof.  You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE:  Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  Thank you.

DEBT RELIEF AGENCY:   Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT:  Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**