# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| BRANDON CALLIER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-22-CV-0301 |
| § | |
| PAC WESTERN FINANCIAL LLC and, § | |
| JASCOTT ENTERPRISES, LLC, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANT JASCOTT ENTERPRISES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**ON THIS DAY** came on to be considered the "Defendant Jascott Enterprises, LLC's Unopposed Motion For Extension of Time to Respond To Plaintiff's Complaint." After due consideration of Motion, the Court is of the opinion that the "Defendant Jascott Enterprises, LLC's Unopposed Motion For Extension of Time to Respond To Plaintiff's Complaint" should be granted, and enters the following Order:

**IT IS HEREBY ORDERED** that Jascott Enterprises, LLC is granted an extension through October 19, 2022, within which to file an answer or response to Plaintiff's Complaint.

**Signed on** _____, 2022.

_____
**FRANK MONTALVO,**
**U.S. DISTRICT JUDGE**