# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| Plaintiff, § | |
| § | |
| v. § | EP-22-CV-00301-FM |
| § | |
| **PAC WESTERN FINANCIAL LLC, A UTAH LIMITED LIABILITY COMPANY; AND JASCOTT ENTERPRISES, LLC, A FLORIDA LIMITED LIABILITY COMPANY,** § § § § § | |
| Defendants. § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court is "Defendant Jascott Enterprises, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint" ("Motion") [ECF No. 7], filed October 5, 2022 by Defendant Jascott Enterprises, LLC. Therein, Defendant requests the court extend the time to respond to Plaintiff's complaint to October 19, 2022 to allow "additional time to gather and review documents."[1]  The Motion is unopposed. The court finds good cause to grant the Motion. Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that "Defendant Jascott Enterprises, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint" [ECF No. 7] is **GRANTED**.

---

[1] "Defendant Jascott Enterprises, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint" 1-2, ECF No. 7, filed Oct. 5, 2022.

2. It is **FURTHER ORDERED** that Defendant files their answer or otherwise responds to Plaintiff's complaint no later than **October 19, 2022**.

**SIGNED AND ENTERED** this **6th** day of **October 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**