UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

BRANDON CALLIER

vs.   Case No.: 3:22-cv-00301-FM

PAC WESTERN FINANCIAL LLC, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David J. Kaminski, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent PAC WESTERN FINANCIAL LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Carlson & Messer, LLP with offices at:

   Mailing address: 5901 W. Century Blvd., Suite 1200

   City, State, Zip Code: Los Angeles, California 90045

   Telephone: (310) 242-2200    Facsimile: (310) 242-2222

2. Since 6/17/1987, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 128509.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| California (Central) | 01/12/1988 |
| California (Eastern) | 05/28/2004 |
| California (Northern) | 07/21/1994 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

n/a

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 1:16-00115 on the 29 day of March, 2016.

Number: 7:16-00349 on the 2 day of February, 2017.

Number: _____ on the ___ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

n/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Ashley R. Presson

Mailing address: 2705 Bee Caves Road, Suite 220

City, State, Zip Code: Austin, TX 78746

Telephone: (512) 391-0183

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David J. Kaminski to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David J. Kaminski
[printed name of Applicant]

*/s/ David J. Kaminski*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of October, 2022.

David J. Kaminski
[printed name of Applicant]

*/s/ David J. Kaminski*
[signature of Applicant]