UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

BRANDON CALLIER

vs.                                    Case No.: 3:22-cv-00301-FM

PAC WESTERN FINANCIAL LLC, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David J. Kaminski, counsel for PAC WESTERN FINANCIAL LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and David J. Kaminski may appear on behalf of PAC WESTERN FINANCIAL LLC in the above case.

IT IS FURTHER ORDERED that David J. Kaminski, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20 22 .

UNITED STATES DISTRICT JUDGE