**Brandon Callier <callier74@gmail.com>**

---

# Funding Offers
2 messages

---

**Mark Fawzy** <mark.fawzy@jascott.org>  Tue, Apr 5, 2022 at 2:52 PM
To: callier74 <callier74@gmail.com>

Hi Brandon,

We just spoke on the phone regarding capital options for the business. I've sent my application via docusign which you can complete on your computer/smartphone. In order to get you qualified and present options I would need the application completed with the last three months of business bank statements and I can put together some options within a couple of hours. There is no cost , no obligation and we do not do any hard credit pulls. We base our offers solely on the performance of the business.

Thank you for taking the call and giving me the shot to earn your business.
Check the docusign email with SUBJECT LINE : Funding Application. Please Docusign: JaScott Loan Application

And do attach the bank statements and reply back to this email.

Thank you.



Mark Fawzy
Funding Specialist


JaScott Investments


Website : https://www.jascott.org/
Address : 8500 N Stemmons Freeway Ste 3019 Dallas, TX 75247
311 N. Mangoustine Ave Sanford Fl, 32771 Eden Prairie, MN


Email : support@jascott.org
For more queries call (877) 360-7387

---

**Mark Fawzy** <mark.fawzy@jascott.org>  Tue, Apr 5, 2022 at 5:02 PM
To: callier74 <callier74@gmail.com>

Any update regarding the application and statement? Everything from my side is done as soon as you send I will get back to you with the offer.

---

---- On Wed, 06 Apr 2022 02:52:31 +0600 **Mark Fawzy <mark.fawzy@jascott.org>** wrote ----
[Quoted text hidden]