UNIFIED FUNDING — LAYTON FH

| Date | Phone Number | Time of Call | Outcome | Notes |
|---|---|---|---|---|
| 30-Sep-21 | 347-749-9783 | 10:00 AM | | |
| 17-Jan-22 | 850-919-2875 | 3:26 PM | | |
| 19-Jan-22 | 850-919-2875 | 10:01 AM | | |
| 20-Jan-22 | 850-919-2875 | 1:32 PM | | |
| 24-Jan-22 | 850-919-2875 | 10:14 AM | | |
| 5-Oct-22 | 347-749-9783 | 11:28 AM | | |
| 18-Oct-22 | 347-749-9783 | 10:19 AM | TEXT | |
| 18-Oct-22 | 347-749-9783 | 11:48 AM | TEXT | |
| 19-Oct-22 | 347-749-9783 | 7:12 AM | TEXT | |
| 2-Feb-22 | 347-749-9783 | 9:55 AM | TEXT | |
| 3-Feb-22 | 347-749-9783 | 9:43 AM | | |
| 9-Feb-22 | 347-749-9783 | 10:01 AM | | |
| 9-Feb-22 | 347-749-9783 | 4:11 PM | TEXT | |
| 17-Feb-22 | 347-749-9783 | 9:42 AM | TEXT | |
| 17-Feb-22 | 347-749-9783 | 9:42 AM | TEXT | |
| 22-Mar-22 | 347-749-9783 | 12:17 PM | | |
| 24-Mar-22 | 347-749-9783 | 8:21 AM | | |
| 25-Mar-22 | 212-328-2500 | 2:45 PM | TEXT | |
| 25-Mar-22 | 212-328-2500 | 2:45 PM | TEXT | |
| 25-Mar-22 | 212-328-2500 | 3:07 PM | | |
| 25-Mar-22 | 212-328-2500 | 3:19 PM | TEXT | |
| 26-Mar-22 | 212-328-2500 | 9:03 AM | TEXT | |
| 28-Mar-22 | 212-328-2500 | 7:30 AM | TEXT | |
| 28-Mar-22 | 212-328-2500 | 1:41 PM | TEXT | |
| 28-Mar-22 | 212-328-2500 | 6:26 PM | TEXT | |
| 29-Mar-22 | 212-328-2500 | 6:43 AM | TEXT | |
| 29-Mar-22 | 212-328-2500 | 11:22 AM | TEXT | |
| 29-Mar-22 | 212-328-2500 | 4:22 PM | Missed Call | |
| 29-Mar-22 | 212-328-2500 | 4:24 PM | TEXT | |
| 31-Mar-22 | 212-328-2500 | 7:26 AM | TEXT | |
| 31-Mar-22 | 212-328-2500 | 7:26 AM | TEXT | |
| 31-Mar-22 | 212-328-2500 | 11:23 AM | 1 min 18 sec | |
| 31-Mar-22 | 212-328-2500 | 5:09 PM | TEXT | |
| 1-Apr-22 | 212-328-2500 | 8:27 AM | TEXT | |
| 1-Apr-22 | 212-328-2500 | 6:08 PM | TEXT | |
| 2-Apr-22 | 212-328-2500 | 10:02 AM | Missed Call | |
| 2-Apr-22 | 212-328-2500 | 10:04 AM | TEXT | |
| 2-Apr-22 | 212-328-2500 | 10:05 AM | TEXT | |
| 2-Apr-22 | 212-328-2500 | 10:06 AM | TEXT | |
| 2-Apr-22 | 212-328-2500 | 10:06 AM | TEXT | |
| 3-Apr-22 | 212-328-2500 | 11:02 AM | TEXT | |
| 4-Apr-22 | 212-328-2500 | 7:47 AM | TEXT | |


EXHIBIT 19

| Date | Number | Time | Type |
|---|---|---|---|
| 5-Apr-22 | 212-328-2500 | 7:52 AM | TEXT |
| 5-Apr-22 | 212-328-2500 | 7:52 AM | TEXT |
| 5-Apr-22 | 212-328-2500 | 10:38 AM | Missed Call |
| 5-Apr-22 | 212-328-2500 | 10:40 AM | TEXT |
| 6-Apr-22 | 212-328-2500 | 12:09 PM | TEXT |
| 6-Apr-22 | 212-328-2500 | 12:09 PM | TEXT |
| 6-Apr-22 | 212-328-2500 | 4:57 PM | Missed Call |
| 6-Apr-22 | 212-328-2500 | 4:58 PM | TEXT |
| 7-Apr-22 | 212-328-2500 | 2:19 PM | TEXT |
| 7-Apr-22 | 212-328-2500 | 5:29 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 7:51 AM | TEXT |
| 11-Apr-22 | 212-328-2500 | 7:51 AM | TEXT |
| 11-Apr-22 | 212-328-2500 | 8:36 AM | Missed Call |
| 11-Apr-22 | 212-328-2500 | 6:31 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:34 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:35 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:35 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:36 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:40 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:47 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 6:48 PM | TEXT |
| 11-Apr-22 | 212-328-2500 | 7:48 AM | TEXT |
| 12-Apr-22 | 212-328-2500 | 11:51 AM | TEXT |
| 12-Apr-22 | 212-328-2500 | 11:56 AM | TEXT |
| 12-Apr-22 | 212-328-2500 | 11:57 AM | TEXT |
| 12-Apr-22 | 212-328-2500 | 12:03 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 12:04 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 12:10 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 1:43 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 2:31 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 2:32 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 3:46 PM | TEXT |
| 12-Apr-22 | 915-383-1711 | 4:35 PM | Missed call |
| 12-Apr-22 | 212-328-2500 | 5:21 PM | TEXT |
| 12-Apr-22 | 212-328-2500 | 6:36 PM | Missed Call |
| 12-Apr-22 | 212-328-2500 | 6:38 PM | TEXT |
| 13-Apr-22 | 212-328-2500 | 6:29 AM | TEXT |
| 13-Apr-22 | 212-328-2500 | 6:30 AM | TEXT |
| 13-Apr-22 | 212-328-2500 | 7:18 AM | Missed Call |
| 13-Apr-22 | 212-328-2500 | 8:02 AM | TEXT |
| 13-Apr-22 | 347-749-9783 | 9:35 AM | TEXT |
| 13-Apr-22 | 347-749-9783 | 12:38 PM | TEXT |
| 13-Apr-22 | 347-749-9783 | 12:38 PM | TEXT |

| Date | Number | Time | Type | Notes |
|---|---|---|---|---|
| 14-Apr-22 | 347-749-9783 | 7:21 AM | TEXT | |
| 14-Apr-22 | 347-749-9783 | 7:21 AM | TEXT | |
| 14-Apr-22 | 347-749-9783 | 9:31 AM | TEXT | |
| 14-Apr-22 | 347-749-9783 | 9:32 AM | TEXT | |
| 14-Apr-22 | 915-383-1711 | 5:12 PM | Missed call | |
| 16-Apr-22 | 212-328-2500 | 9:31 AM | Missed call | |
| 16-Apr-22 | 212-328-2500 | 9:18 AM | TEXT | |
| 16-Apr-22 | 212-328-2500 | 9:33 AM | TEXT | |
| 16-Apr-22 | 212-328-2500 | 10:52 AM | TEXT | |
| 16-Apr-22 | 212-328-2500 | 11:52 AM | Missed call | |
| 16-Apr-22 | 212-328-2500 | 11:54 AM | TEXT | |
| 16-Apr-22 | 212-328-2500 | 11:54 AM | TEXT | |
| 16-Apr-22 | 212-328-2500 | 3:41 PM | TEXT | |
| 16-Apr-22 | 212-328-2500 | 6:53 PM | TEXT | |
| 17-Apr-22 | 212-328-2500 | 11:53 AM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 6:59 AM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 7:00 AM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 6:57 AM | Missed Call | |
| 18-Apr-22 | 212-328-2500 | 8:07 AM | Missed Call | |
| 18-Apr-22 | 212-328-2500 | 8:08 AM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 9:10 AM | Missed Call | |
| 18-Apr-22 | 212-328-2500 | 9:12 AM | TEXT | |
| 18-Apr-22 | 915-383-1711 | 10:53 AM | TOLD TO NOT CALL BACK | |
| 18-Apr-22 | 915-383-1711 | 10:54 AM | I'M NOT A WOMAN | |
| 18-Apr-22 | 915-383-1711 | 10:57 AM | | |
| 18-Apr-22 | 915-383-1711 | 10:59 AM | | |
| 18-Apr-22 | 915-383-1711 | 11:02 AM | | |
| 18-Apr-22 | 915-383-1711 | 11:06 AM | | |
| 18-Apr-22 | 915-383-1711 | 11:13 AM | | |
| 18-Apr-22 | 212-328-2500 | 11:20 AM | Missed Call | |
| 18-Apr-22 | 844-488-1841 | 12:21 PM | SPOKE TO DUDE AND PRETENDED TO BE INTERESTED | 844-488-1848 |
| 18-Apr-22 | 844-488-1841 | 12:32 PM | | |
| 18-Apr-22 | 844-488-1841 | 12:57 PM | | |
| 18-Apr-22 | 212-328-2500 | 1:58 PM | Declined call | |
| 18-Apr-22 | 212-328-2500 | 1:59 PM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 2:01 PM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 3:17 PM | TEXT | |
| 18-Apr-22 | 212-328-2500 | 5:41 PM | Missed Call | |
| 18-Apr-22 | 212-328-2500 | 5:42 PM | TEXT | |
| 19-Apr-22 | 212-328-2500 | 7:10 AM | TEXT | |
| 19-Apr-22 | 212-328-2500 | 7:57 AM | Missed Call | |
| 19-Apr-22 | 212-328-2500 | 7:58 AM | TEXT | |
| 19-Apr-22 | 212-328-2500 | 8:44 AM | Missed Call | |

| Date | Number | Time | Type | Notes |
|---|---|---|---|---|
| 19-Apr-22 | 212-328-2500 | 9:43 AM | Missed Call | |
| 19-Apr-22 | 212-328-2500 | 9:44 AM | TEXT | |
| 19-Apr-22 | 212-328-2500 | 11:32 AM | Missed Call | |
| 19-Apr-22 | 212-328-2500 | 12:19 PM | TEXT | |
| 19-Apr-22 | 212-328-2500 | 6:20 PM | TEXT | |
| 19-Apr-22 | 212-328-2500 | 6:58 PM | Declined call | |
| 19-Apr-22 | 212-328-2500 | 6:59 PM | TEXT | |
| 20-Apr-22 | 212-328-2500 | 7:05 AM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 7:49 AM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 9:11 AM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 9:12 AM | TEXT | |
| 20-Apr-22 | 212-328-2500 | 12:46 PM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 2:05 PM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 3:11 PM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 4:24 PM | Missed Call | |
| 20-Apr-22 | 212-328-2500 | 4:25 PM | TEXT | |
| 21-Apr-22 | 212-328-2500 | 7:13 AM | Missed Call | |
| 21-Apr-22 | 212-328-2500 | 7:14 AM | TEXT | |
| 21-Apr-22 | 212-328-2500 | 7:51 AM | Missed Call | TOLD TO NOT CALL AGAIN IN TEXT MESSAGE |
| 21-Apr-22 | 212-328-2500 | 7:51 AM | TEXT | |
| 21-Apr-22 | 212-328-2500 | 8:08 AM | TEXT | |
| 22-Apr-22 | 212-328-2500 | 7:21 AM | TEXT | |
| 22-Apr-22 | 212-328-2500 | 7:37 AM | TEXT | |
| 22-Apr-22 | 212-328-2500 | 3:37 PM | TEXT | |
| 22-Apr-22 | 212-328-2500 | 3:28 PM | TEXT | |
| 22-Apr-22 | 212-328-2500 | 8:29 AM | TEXT | |
| 23-Apr-22 | 212-328-2500 | 9:11 AM | TEXT | |
| 25-Apr-22 | 212-328-2500 | 9:01 AM | TEXT | |
| 25-Apr-22 | 212-328-2500 | 9:32 AM | 6 min 26 sec | |
| 25-Apr-22 | 212-328-2500 | 12:04 PM | Missed Call | |
| 25-Apr-22 | 212-328-2500 | 12:05 PM | TEXT | |
| 25-Apr-22 | 212-328-2500 | 12:16 PM | Missed Call | |
| 25-Apr-22 | 212-328-2500 | 12:17 PM | TEXT | |
| 25-Apr-22 | 212-328-2500 | 2:33 PM | Missed Call | |
| 25-Apr-22 | 212-328-2500 | 2:34 PM | TEXT | |
| 25-Apr-22 | 212-328-2500 | 4:36 PM | Declined call | |
| 25-Apr-22 | 212-328-2500 | 4:37 PM | TEXT | |
| 25-Apr-22 | 212-328-2500 | 7:35 PM | Missed Call | |
| 26-Apr-22 | 212-328-2500 | 8:48 AM | Declined call | |
| 26-Apr-22 | 212-328-2500 | 11:30 AM | Missed Call | |
| 26-Apr-22 | 212-328-2500 | 11:31 AM | TEXT | |
| 26-Apr-22 | 212-328-2500 | 4:50 PM | Missed Call | |
| 26-Apr-22 | 212-328-2500 | 4:50 PM | TEXT | |

| Date | Number | Time | Type | Notes |
|---|---|---|---|---|
| 27-Apr-22 | 212-328-2500 | 8:21 AM | | |
| 27-Apr-22 | 212-328-2500 | 8:23 AM | TEXT | |
| 27-Apr-22 | 212-328-2500 | 8:51 AM | Missed Call | |
| 27-Apr-22 | 212-328-2500 | 11:12 AM | Missed Call | |
| 27-Apr-22 | 212-328-2500 | 6:30 PM | TEXT | |
| 28-Apr-22 | 212-328-2500 | 8:21 AM | Missed Call | |
| 28-Apr-22 | 212-328-2500 | 10:40 AM | Missed Call | |
| 28-Apr-22 | 212-328-2500 | 10:41 AM | TEXT | |
| 28-Apr-22 | 212-328-2500 | 4:04 PM | Missed Call | |
| 28-Apr-22 | 212-328-2500 | 6:18 PM | Missed Call | |
| 28-Apr-22 | 212-328-2500 | 6:19 PM | TEXT | |
| 29-Apr-22 | 212-328-2500 | 9:56 AM | Missed Call | |
| 29-Apr-22 | 212-328-2500 | 9:57 AM | TEXT | |
| 29-Apr-22 | 212-328-2500 | 5:26 PM | Missed Call | |
| 30-Apr-22 | 212-328-2500 | 8:29 AM | Missed Call | |
| 30-Apr-22 | 212-328-2500 | 8:30 AM | TEXT | |
| 1-May-22 | 212-328-2500 | 10:08 AM | Missed Call | |
| 1-May-22 | 212-328-2500 | 10:09 AM | TEXT | |
| 2-May-22 | 212-328-2500 | 8:43 AM | Missed Call | |
| 2-May-22 | 212-328-2500 | 8:44 AM | TEXT | |
| 2-May-22 | 212-328-2500 | 11:27 AM | Missed Call | |
| 2-May-22 | 212-328-2500 | 5:37 PM | Missed Call | |
| 2-May-22 | 212-328-2500 | 5:38 PM | TEXT | |
| 3-May-22 | 212-328-2500 | 9:06 AM | Missed Call | |
| 3-May-22 | 212-328-2500 | 9:08 AM | TEXT | |
| 3-May-22 | 212-328-2500 | 5:17 PM | Missed Call | |
| 4-May-22 | 212-328-2500 | 8:43 AM | Missed Call | |
| 4-May-22 | 212-328-2500 | 8:44 AM | TEXT | |
| 4-May-22 | 212-328-2500 | 11:33 AM | Missed Call | |
| 4-May-22 | 212-328-2500 | 4:02 PM | Missed Call | |
| 5-May-22 | 212-328-2500 | 11:51 AM | Missed Call | |
| 5-May-22 | 212-328-2500 | 11:54 AM | LEFT VOICEMAIL | |
| 5-May-22 | 212-328-2500 | 11:54 AM | TEXT | |
| 5-May-22 | 212-328-2500 | 2:32 AM | Missed Call | |
| 6-May-22 | 212-328-2500 | 9:06 AM | Missed Call | |
| 6-May-22 | 212-328-2500 | 12:14 AM | Missed Call | |
| 9-May-22 | 212-328-2500 | 8:12 AM | Missed Call | |
| 9-May-22 | 212-328-2500 | 8:14 AM | TEXT | |
| 10-May-22 | 212-328-2500 | 8:10 AM | Missed call | |
| 10-May-22 | 212-328-2500 | 8:12 AM | TEXT | |
| 10-May-22 | 212-328-2500 | 8:12 AM | TEXT | |
| 10-May-22 | 212-328-2500 | 5:03 PM | INCOMING...I HUNG UP | JEFF TILLER |
| 10-May-22 | 212-328-2500 | 5:04 PM | TEXT | |

Capybara Capital LLC
Delaware

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

| Date | Number | Time | Type |
|---|---|---|---|
| 10-May-22 | 212-328-2500 | 5:04 PM | TEXT |
| 12-May-22 | 212-328-2500 | 9:19 AM | TEXT |
| 12-May-22 | 212-328-2500 | 9:19 AM | TEXT |
| 13-May-22 | 212-328-2500 | 8:20 AM | Missed call |
| 13-May-22 | 212-328-2500 | 8:21 AM | VOICE MAIL |
| 13-May-22 | 212-328-2500 | 8:22 AM | TEXT |
| 13-May-22 | 212-328-2500 | 12:46 PM | TEXT |
| 13-May-22 | 212-328-2500 | 2:24 PM | TEXT |
| 13-May-22 | 212-328-2500 | 2:24 PM | TEXT |