

TAX RESOLVERS

| Date | Phone Number | Time of Call | Outcome Notes |
|---|---|---|---|
| 28-Dec-22 | 301-200-8467 | 2:56 PM | BRIAN |
| 30-Dec-22 | 301-200-8467 | 4:14 PM | |
| 31-Dec-22 | 301-200-8467 | 10:51 AM | |
| 3-Jan-22 | 301-200-8467 | 9:04 AM | |
| 3-Jan-22 | 301-307-2331 | 9:38 AM | TEXT |
| 25-Jan-22 | 301-307-2331 | 12:31 PM | TEXT |
| 11-Feb-22 | 301-307-2331 | 11:34 AM | TEXT |
| 28-Feb-22 | 301-307-2331 | 9:44 AM | TEXT |
| 28-Feb-22 | 301-200-8467 | 4:14 PM | |
| 1-Mar-22 | 301-307-2331 | 5:03 PM | TEXT |
| 28-Apr-22 | 301-307-2331 | 4:05 PM | TEXT |

949-200-7324

949.954.6532

949.524.9012

949.522.6280