FILED

June 20, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Javier Martinez
DEPUTY

**RETURN OF SERVICE**

**Cause Number  EP-22-CV-00301-FM**

| Case Name | **Brandon Callier v. PAC WESTERN FINANCIAL LLC, a Utah Limited Liability Company and JASCOTT ENTERPRISES, LLC a Florida Limited Liability Company, JASCOTT** |
|---|---|

| Court:  United States District Court | Of   Western District of Texas - El Paso Division |
|---|---|

| **Date and Time of Receipt of Documents:** | 6/6/2023 | at | 12:15:00 PM |
|---|---|---|---|

| **Date and Time Delivered to Defendant:** | 6/14/2023 | at | 2:30:00 PM |
|---|---|---|---|

| **Defendant:**   Jascott Investments, LLC c/o Rodney Hubbard |
|---|

| **Stated Address (Place of Delivery):**   12222 Merit Dr Ste 1200, Dallas, Tx,   75251 |
|---|

**Specified Documents:   A true copy of the Citation/Summons with date of delivery endorsed thereon with a true copy of the following documents attached thereto:**

Summons; Plaintiff's First Amended Complaint

| **Method of Service:**   Personally, by delivering Specified Documents to  Jascott Investments, LLC c/o Rodney Hubbard at the Stated Address. |
|---|

I am certified under the Texas JBCC to serve process, including citations in Texas. I am not a party to or interested in the outcome of this suit.  My identification number and certification expiration date appear below.  I received and delivered the Specified Documents to Defendant as stated above.  All statements made herein are true.  This return is verified or is signed under penalty of perjury.

My Full Name is Martin Jesse Miller.  My Date of Birth is   1/14/1964

My Address is 9705 Hathman Lane, Keller, Tx 76244.

My Server Identification Number Is:        PSC-14157                              Certification Expires:        3/31/2024

I Declare under penalty of perjury that the foregoing, including the Return of Service, is true and correct.

Executed in Tarrant County, Texas, USA on        15 June, 2023

_____ , Declarant (Signature)

DFWTPS Invoice #        DFW230606006