## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CA 3: 22-cv-00301-FM |
| **JASCOTT ENTERPRISES, LLC, et. al.,** | § § § § | |
| Defendants | § § | |

### PLAINTIFF'S WITNESS LIST

Plaintiff reserves the right to call witnesses identified by Defendants and Plaintiff reserves the right to call witnesses not listed for rebuttal or impeachment purposes that may not have been anticipated.

**Will Call**

| Name | Address | Phone Number |
|---|---|---|
| Brandon Callier | C/O of Chris Miltenberger 1360 N. White Chapel, Suite 200 Southlake, TX 76092 | 817-416-5060 |
| Mitchell Scott | C/O Defendant's Counsel | |
| Mark Fawzy | C/O Defendant's Counsel | |
| Dave Thurber | C/O Defendant's Counsel | |
| Max Williams | C/O Defendant's Counsel | |
| Defendants' respective 30(b)(6) representatives | C/O Defendant's Counsel | |

Respectfully submitted:

By:    */s/ Chris R. Miltenberger*
       Chris R. Miltenberger
       Texas State Bar Number 14171200

The Law Office of Chris R. Miltenberger, PLLC

1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

By:    /s/ Chris R. Miltenberger
       Chris R. Miltenberger