# EXHIBIT A - List of Proposed Exhibits

| | Date | Email/Text Time | Type | From | To | Comments |
|---|---|---|---|---|---|---|
| 1 | 4/2/2022 | | Referral/Lead | Max Williams | Jascott Investments | Brandon Callier-Aero Services LLC looking for 60K for Working Capital |
| 2 | 4/5/2022 | 11:38 AM | Text Message | Mark Fawzy | Brandon Callier | Mark from JaScott Investment asking if he can call Brandon Callier |
| 3 | 4/5/2022 | 2:49 PM | Email | Mitchell Scott | Brandon Callier | JaScott Loan Application sent via Docusign and requested last 3 mos. of bank statements |
| 4 | 4/5/2022 | 2:52 PM | Email | Mark Fawzy | Brandon Callier | Re: Telephone conversation about capital options for the business. Sent application via docusign for completion & need last 3 mos. of business bank statements |
| 5 | 4/5/2022 | 5:02 PM | Email | Mark Fawzy | Brandon Callier | RE: Any updates on application and statements. Everything on Fawzy's side done & waiting for Callier to send application and statements to provide offer. |
| 6 | 4/6/2022 | 9:30 AM | Email | Mitchell Scott | Brandon Callier | Max Williams spoke with Callier last week and Mitch Scott following up to help obtain a working capital loan of $60k for Aero Services |
| 7 | 4/8/2022 | | Phone Call | Mark Fawzy | Brandon Callier | Asking if Callier is looking for $50,000 and tells him he will be sending him Application. Callier confims he received and will fill out |
| 8 | 4/8/2022 | 10:32 AM | Text Message | Brandon Callier | Mark Fawzy | Callier stating "I'll call you back." |
| 9 | 4/8/2022 | 10:33 AM | Text Message | Mark Fawzy | Brandon Callier | Stating "Good Morning, are you available?" |
| 10 | 4/8/2022 | 2:51 PM | Email | Mark Fawzy | Brandon Callier | Sends link to Complete Lending Application |
| 11 | 4/8/2022 | 5:56 PM | Internal Email | Mark Fawzy | Mitchell Scott & Dave Thurber | Stating "Here is another file. He is looking for $50,000. He is sending the Application by the end of Today." |
| 12 | 4/8/2022 | 5:58 PM | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "Nice looks good on first look, send the app when you can." |
| 13 | 4/9/2022 | 3:33:59 | Email | Brandon Callier | Mark Fawzy | Sends Bank Statements |
| 14 | 4/11/2022 | 08:42:48 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "Were you able to receive the app over the weekend?" |
| 15 | 4/11/2022 | 10:46:35 | Internal Email | Mark Fawzy | Dave Thurber & Mitchell Scott | Stating "I did send him the application link, He told Me that he will send it as soon as he gets home. But I didn't get any confirmation reply. Can you please check did you received the application or not? Otherwise I am calling him back now." |
| 16 | 4/11/2022 | 11:04:36 | Internal Email | Mitchell Scott | Mark Fawzy & Dave Thurber | Stating "Here is the application." |
| 17 | 4/11/2022 | 11:05:43 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating "Got it thanks" |
| 18 | 4/11/2022 | 11:10:00 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating "is he looking for an mca/loc or equipment financing?" |
| 19 | 4/11/2022 | 11:10:53 | Internal Email | Mark Fawzy | Dave Thurber & Mitchell Scott | Stating "He is looking for a better deal, $60,000 If the rate is low and payback term is smooth the deal is on." |
| 20 | 4/11/2022 | 11:11:37 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "Better deal than what though?" |
| 21 | 4/11/2022 | 11:16:28 | Internal Email | Mitchell Scott | Mark Fawzy & Dave Thurber | Stating to look at the equipment loan first but to also review for MCA/LOC and also asking what would be needed for the equipment loan. |
| 22 | 4/11/2022 | 11:17:35 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating if the equipment value is below 100K they won't need the full file and asking for the DOT number and the trucks he is looking at. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | 4/11/2022 | 11:28:09 | Internal Email | Mark Fawzy | Dave Thurber & Mitchell Scott | Stating "The equipment value is $60,000. Do I need to get the DOT number from him? Is he qualified for Equipment Financing?" |
| 24 | 4/11/2022 | 12:48:29 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "Sorry just saw this, let me hear back first before I have you try and obtain anything." |
| 25 | 4/11/2022 | 14:37:22 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Informing that Callier had a bankruptcy at the end of 2020 and that he won't be getting equipment financing. To let Dave know if to send for mca and that Callier still may not get approved. |
| 26 | 4/11/2022 | 14:47:02 | Internal Email | Mitchell Scott | Dave Thurber & Mark Fawzy | Stating "Yes, please send for an MCA. Thanks." |
| 27 | 4/11/2022 | 15:57:18 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Regarding the subject line labeled Aero Services but the app and statements are "gonna keep on trucking"?? |
| 28 | 4/12/2022 | 09:30:42 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "Guys can you confirm?" |
| 29 | 4/12/2022 | 09:42:54 | Internal Email | Mitchell Scott | Dave Thurber | Stating "Checking." |
| 30 | 4/12/2022 | | Phone Call | Mark Fawzy | Brandon Callier | Re: Prior Bankruptcies and tells him that offer for $50,000 is approved. Callier states to prepare Contract and will send them paperwork later due to being at the lake. |
| 31 | 4/12/2022 | 2:06 PM | Text Message | Mark Fawzy | Brandon Callier | Mark asking Callier to call him back because he has good news |
| 32 | 4/12/2022 | 2:06 PM | Text Message | Brandon Callier | Mark Fawzy | Stating "In a meeting. Will call when able" |
| 33 | 4/12/2022 | 2:06 PM | Text Message | Mark Fawzy | Brandon Callier | Stating "yes sure, I'm waiting" |
| 34 | 4/12/2022 | 4:58 PM | Text Message | Mark Fawzy | Brandon Callier | Requesting Callier check his mail & to send over business voided check & DL |
| 35 | 4/12/2022 | 6:56 PM | Email | Mark Fawzy | Brandon Callier | Requesting Business voided check & Owners Drivers License |
| 36 | 4/12/2022 | 5:01 PM | Email | Dave Thurber | Brandon Callier | Follow-up to Mark's email on 4/12/2022 and the order of funding |
| 37 | 4/12/2022 | 7:10 PM | Email | Brandon Callier | Dave Thurber | Attachments: Voided Check & Driver License |
| 38 | 4/12/2022 | 7:12 PM | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "not sure if her sent to you but see below. I'm on it." |
| 39 | 4/12/2022 | 7:14 PM | Internal Email | Mark Fawzy | Dave Thurber & Mitchell Scott | Stating "Wow, perfect! Let's get it done brother. Really excited" |
| 40 | 4/12/2022 | 7:15 PM | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "Sounds good, I'll circle back here tomorrow when docs go out." |
| 41 | 4/13/2022 | 9:42 AM | Email | Dave Thurber | Brandon Callier | Re: Contracts and Bank Verification were sent for Callier to complete |
| 42 | 4/13/2022 | 20:03:51 | Internal Email | Dave Thurber | Mark Fawzy | Stating "Let's follow up with Brandon after this call to get this wrapped up today!" |
| 43 | 4/13/2022 | 20:05:05 | Internal Email | Mark Fawzy | Dave Thurber | Stating "Good Morning, Yes sure did he signed the contract? Do I need to call him or you are going to call him? |
| 44 | 4/13/2022 | 20:06:13 | Internal Email | Dave Thurber | Mark Fawzy | Stating "I'll give him a buzz after this call to walk him through the closing process. Pretty simple and not many stips needed here" |
| 45 | 4/13/2022 | 20:35:46 | Internal Email | Mitchell Scott | Dave Thurber & Mark Fawzy | Stating "Hey Dave, I have a meeting after this call, but Mark is all on this. We spoke last night. Reach out to him if you need too. Let's go." |
| 46 | 4/13/2022 | 20:38:04 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating "cool stuff" |
| 47 | 4/13/2022 | 11:18 AM | Text Message | Mark Fawzy | Brandon Callier | Stating "fill out the contract paper and bank verification and let me know please" |
| 48 | 4/13/2022 | 13:47:00 | Text Message | Mark Fawzy | Brandon Callier | Stating "sir! are you free at this moment?" |
| 49 | 4/13/2022 | 12:51 PM | Email | Dave Thurber | Brandon Callier | Stating "Brandon, Please see the link here. https://www.decisionlogic.com/44B2G6 |
| 50 | 4/13/2022 | | Document | | | Merchant Agreement - Total Revenue Program Date: April 13, 2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 4/13/2022 | 00:47:04 | Internal Email | Dave Thurber | Mark Fawzy | Stating "he was trying to complete then had a computer issue. give him a call to see whats up" |
| 52 | 4/13/2022 | 2:48 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "When was it? I just called him a minute back he didn't picked up." |
| 53 | 4/13/2022 | 00:49:08 | Internal Email | Dave Thurber | Mark Fawzy | Stating "Like an hour ago roughly." |
| 54 | 4/13/2022 | 00:50:00 | Internal Email | Mark Fawzy | Dave Thurber | Stating "okay, let me try back again in next 10 minutes." |
| 55 | 4/13/2022 | 01:06:32 | Internal Email | Dave Thurber | Mark Fawzy | Stating "he answer?" |
| 56 | 4/13/2022 | 3:07 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "No he haven't answered, Would you like to give him a call?" |
| 57 | 4/13/2022 | 01:08:13 | Internal Email | Dave Thurber | Mark Fawzy | Stating "sure" |
| 58 | 4/13/2022 | 3:09 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "Do let me know please" |
| 59 | 4/13/2022 | 01:10:20 | Internal Email | Dave Thurber | Mark Fawzy | Stating "no answer" |
| 60 | 4/13/2022 | 3:12 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "let me try back after 20 mintues again" |
| 61 | 4/13/2022 | 3:15 PM | Internal Email | Dave Thurber | Mark Fawzy | Stating "thank you." |
| 62 | 4/13/2022 | 01:39:53 | Internal Email | Dave Thurber | Mark Fawzy | Stating "What's his deal?" |
| 63 | 4/13/2022 | 5:08 PM | Email | Mark Fawzy | Brandon Callier | Follow-up on Completion of Bank Verification and Contracts |
| 64 | 4/13/2022 | 5:19 PM | Email | Dave Thurber | Brandon Callier | Re: If Capital needed before weekend complete contracts & Bank Verification |
| 65 | 4/14/2022 | 1:16 PM | Email | Dave Thurber | Brandon Callier | Tried Calling - Want to know when can speak |
| 66 | 4/15/2022 | 03:12:00 | Email | Dave Thurber | Brandon Callier | Left message w/assoiate - want to know when will complete transaction |
| 67 | 4/15/2022 | 03:41:04 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating "he's probably getting everything aligned with his Bankruptcy lawyer before he takes our deal…" |
| 68 | 4/14/2022 | 6:52:10 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "Do I need to call him back or is it going to be tomorrow?" |
| 69 | 4/15/2022 | 05:02:48 | Internal Email | Dave Thurber | Mark Fawzy | Stating "Yes find out why he is MIA" |
| 70 | 4/19/2022 | 9:52 AM | Email | Dave Thurber | Brandon Callier | Left multiple messages/lack of communication/when will deal be complete |
| 71 | 4/19/2023 | 10:53:28 | Email | Dave Thurber | Mitch Scott & Mark Fawzy | Stating "What's going on here? My managers are freaking out on me" |
| 72 | 4/19/2023 | 21:57:16 | Email | Mitchell Scott | Dave Thurber & Mark Fawzy | Stating "I don't know what is happening. Mark have you heard anything else?" |
| 73 | 4/19/2023 | 23:26:27 | Email | Dave Thurber | Brandon Callier | Per conversation, provided bank verification link |
| 74 | 4/19/2023 | 11:44 AM | Email | Pac Western Financial | Brandon Callier | Please DocuSign: Gonna Keep On Truckin Agreement 041322 |
| 75 | 4/19/2022 | 11:02:00 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating "Here GetOutlook for iOS" |
| 76 | 4/19/2022 | 22:22:59 | Internal Email | Mark Fawzy | Dave Thurber | Stating "the link is showing broke, I can't get into it to get the app." |
| 77 | 4/19/2022 | 12:06:37 | Internal Email | Mark Fawzy | Dave Thurber & Mitchell Scott | Stating "I called his business number, he did pick up as soon as he received he just hanged up on me 9159298309 this is his business number, would you like to give him a call?" |
| 78 | 4/19/2022 | 12:21:00 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "I have tried multiple times, this should be the sales rep job." |
| 79 | 4/19/2022 | 1:23 PM | Internal Email | Mitchell Scott | Mark Fawzy & Dave Thurber | Stating " Interesting…sounds like this one is dead. Not sure why he can't say he does not want to move forward." |
| 80 | 4/19/2022 | 12:23:54 | Internal Email | Dave Thurber | Mitchell Scott & Mark Fawzy | Stating "just called he actually picked-up - im resending docs" |
| 81 | 4/19/2022 | 2:31 PM | Text Message | Brandon Callier | Mark Fawzy | Text stating DNC or Text again. |
| 82 | 4/19/2022 | 2:33 PM | Text Message | Mark Fawzy | Brandon Callier | Stating "I just send you the email again" |

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | 4/19/2022 | 2:33 PM | Text Message | Mark Fawzy | Brandon Callier | Stating "at callier74" |
| 84 | 4/19/2022 | 2:34 PM | Text Message | Mark Fawzy | Brandon Callier | Stating "you got the mail from mark.fawzy@jascott.org" |
| 85 | 4/19/2022 | 4:26 PM | Text Message | Mark Fawzy | Brandon Callier | RE: Callier getting blasted with calls & to save the phone numbers and to advise when Callier has signed. |
| 86 | 4/19/2022 | 4:32 PM | Email | Mark Fawzy | Brandon Callier | Resent Thurber's email from 4/19/2022 |
| 87 | 4/20/2022 | 2:32:50 | Email | Mark Fawzy | Brandon Callier | Per conversation, provided bank verification link |
| 88 | 4/20/2022 | 3:07:03 | Email | Dave Thurber | Brandon Callier | To advise when bank verification complete & sign contracts to do funding call asap |
| 89 | 4/19/2022 | 5:07:59 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "Did he completed the bank verification" |
| 90 | 4/19/2022 | 5:11:31 | Internal Email | Dave Thurber | Mark Fawzy | Stating "No clue. I'm in Miami at a work event" |
| 91 | 4/20/2022 | 03:11:41 | Internal Email | Dave Thurber | Mark Fawzy | Stating "Doing the best I can to help here I'll ask my team" |
| 92 | 4/19/2022 | 5:22:07 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "I think this guy is in a mess, let us spare him some time. Let me call him back tomorrow" |
| 93 | 4/20/2022 | 03:25:00 | Internal Email | Dave Thurber | Mark Fawzy | Stating "Ok at least now we know the issue" |
| 94 | 4/19/2022 | 5:25:55 PM | Internal Email | Mark Fawzy | Dave Thurber | Stating "Yes" |
| 95 | 4/20/2022 | 03:34:00 | Internal Email | Dave Thurber | Mark Fawzy | Stating "You need to have him save your number" |
| 96 | 4/20/2022 | 11:04 AM | Text Message | Dave Thurber | Brandon Callier | Asking if Callier will be signing and telling him he'll text since he doesn't want him to call. |
| 97 | 4/20/2022 | 2:34 PM | Text Message | Dave Thurber | Brandon Callier | Clarifying that it's Dave from Upwise & the $50k contracts |
| 98 | 4/21/2022 | | Phone Call | Mark Fawzy | Brandon Callier | Mark tells Callier he's the same person that's been helping him with the Contract and apologizes for being bombarded with calls from others. Callier asks him to resend the bank verification link again. Asks if he can call him back. |
| 99 | 4/21/2022 | 16:00:42 | Internal Email | Mark Fawzy | Dave Thurber & Mitchell Scott | Informing that he got Callier on the line and covinced him to save Mark's number. Callier said he would call him back in 10 minutes and Mark sent him the old bank verification link. |
| 100 | 4/21/2022 | 16:01:31 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Dave shared his phone number. |
| 101 | 4/21/2022 | 17:09:00 | Text Message | Mark Fawzy | Brandon Callier | Stating "sir did you received my mail?" |
| 102 | 4/21/2022 | 4:56 PM | Email | Mark Fawzy | Brandon Callier | Per our conversation, see bank verification below |
| 103 | 4/21/2022 | 5:17 PM | Email | Mark Fawzy | Brandon Callier | Re: Bombarded w/Calls and provided bank verification link, per phone conversation |
| 104 | 4/22/2022 | 2:58:44 | Email | Dave Thurber | Brandon Callier | Follow-up to contracts resent a few days back |
| 105 | 4/22/2022 | | Phone Call | Mark Fawzy | Brandon Callier | Mark asks Callier for confirmation of received email of the bank verification and contract and Callier confirms receipt. |
| 106 | 4/22/2022 | 3:17:45 | Email | Mark Fawzy | Brandon Callier | Re: phone conversation & one step left to complete get $50,000 |
| 107 | 4/22/2022 | 11:32 AM | Email | Mark Fawzy | Brandon Callier | Follow-up to signing contracts and requesting call back |
| 108 | 4/22/2023 | 14:31 | Text Message | Mark Fawzy | Brandon Callier | Stating "sir can you please call back" |
| 109 | 4/22/2023 | 14:37 | Text Message | Brandon Callier | Mark Fawzy | Stating "I'm eating lunch with my staff" |
| 110 | 4/22/2023 | 14:38 | Text Message | Mark Fawzy | Brandon Callier | Stating "Oh! I apologize sir, do give me a callback please when you are done" |
| 111 | 4/22/2023 | 14:38 | Text Message | Mark Fawzy | Brandon Callier | Stating "I won't make it long for you, I just need 10 minutes of your valuable timw" |
| 112 | 4/23/2022 | 7:39 PM | Email | Dave Thurber | Brandon Callier | Asking what the delay is |
| 113 | 4/25/2022 | 10:43 AM | Email | Dave Thurber | Brandon Callier | Asking when Callier is going to sign |
| 114 | 4/25/2022 | 1:57 PM | Email | Dave Thurber | Brandon Callier | Just need signed docs/bank verification/funding call. What's the delay |
| 115 | 4/25/2022 | 5:22 PM | Email | Dave Thurber | Brandon Callier | Re: Why gone MIA, have sent docs a few times and provided a simple closing process |
| 116 | 4/26/2022 | 3:11 PM | Email | Dave Thurber | Brandon Callier | Re: Don't need $50,000 & Approval with 2 bankruptcies |
| 117 | 4/27/2022 | 4:05 PM | Email | Dave Thurber | Brandon Callier | ???????? |
| 118 | 4/27/2022 | 15:07:05 | Email | Dave Thurber | Brandon Callier | Re: Never had a borrower go MIA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 119 | 5/2/2022 | 5:49 AM | Text Message | Dave Thurber | Brandon Callier | Asking if Callier saw the 2 offers he sent him via email last week and tells Callier its Dave at Upwise and realizes Callier's getting a million calls. |
| 120 | 5/5/2022 | 3:23 PM | Text Message | Dave Thurber | Brandon Callier | Askng if the offers he sent work for Callier. |
| 121 | 6/8/2022 | 19:41:22 | Internal Email | Dave Thurber | Mark Fawzy & Mitchell Scott | Stating "I take it we never got him on the phone? I'm going to friend him." |
| 122 | 6/8/2022 | 20:03:19 | Internal Email | Mitchell Scott | Dave Thurber & Mark Fawzy | Stating "No. He stopped returning our call." |
| 123 | 8/26/2022 | | Document | Brandon Callier | | PAC Western Financial LLC Business Information |
| 124 | 1/24/2023 | | Document | Brandon Callier | | JaScott Website Information |
| 125 | | | Document | Jascott Investments | | Standard Operation Procedures for Phone Sales |