# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRANDON CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 3:22-cv-00301-FM |
| | § | |
| JASCOTT ENTERPRISES, LLC, A | § | |
| FLORIDA LIMITED LIABILITY | § | |
| COMPANY, JOHN DOES 1-4, and, | § | |
| JASCOTT INVESTMENTS, LLC, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT JASCOTT INVESTMENTS, LLC'S NOTICE OF FIRST SUPPLEMENTAL DISCOVERY ANSWERS

Please take notice that Defendant JASCOTT INVESTMENTS, LLC, has served the following discovery answers on Plaintiff BRANDON CALLIER:

a. Defendant Jascott Investments, LLC's First Supplemental Responses and Answers

To Plaintiff's First Set of Discovery To Jascott Investments, LLC.

Service of these discovery responses and answers on Plaintiff was made to the attorney of record for Plaintiff on November 27, 2023.

November 27, 2023

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**
State Bar No. 14933400

Attorney for Defendant
Jascott Investments, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT JASCOTT INVESTMENTS, LLC'S NOTICE OF FIRST SUPPLEMENTAL DISCOVERY ANSWERS**, with all supporting attachments, exhibits, and affidavits referenced therein, if any, was served either by regular first-class mail, postage prepaid, and/or by e-Filing via an Electronic Filing Service Provider, and/or via facsimile, to the following parties in interest, on this November 27, 2023:

> **COUNSEL FOR PLAINTIFF:**
> Chris R. Miltenberger
> The Law Office of Chris R. Miltenberger, PLLC
> 1360 N. White Chapel, Suite 200
> Southlake, Texas 76092
> Email: chris@crmlawpractice.com

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Defendant Jascott Investments, LLC's Notice of First Supplemental Discovery Answers
*Brandon Callier vs. Jascott Enterprises, LLC, et al.*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-00301-FM    Page 2 of 2