# Exhibit No. 1

Jascott Investments - 0001

| Timestamp | Referring Partner | Client First Name | Client last Name | Phone | Company | Email Addres | Looking Amount | Funding Purpose | Deposits |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2022 0:38:33 | Max Williams | Brandon | callier | 9153834604 | Aero Services LLC | callier74@gmail.com | 60k | Working Capital | 90k |