# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 3:22-cv-00301-FM |
| | § | |
| **JASCOTT ENTERPRISES, LLC,** | § | |
| **JASCOTT INVESTMENTS, LLC, and,** | § | |
| **JOHN DOES 1-4,** | § | |
| | § | |
| Defendants. | § | |

## DECLARATION UNDER PENALTY OF PERJURY BY FARHAN SHARIAR
## IN SUPPORT OF DEFENDANT JASCOTT INVESTMENT, LLC'S
## OPPOSED MOTION FOR SUMMARY JUDGMENT

I, Farhan Shariar, pursuant to 28 U.S. Code § 1746, declare under penalty of perjury, that the following facts are true and correct, to the best of my knowledge, information and belief:

1. "My name is Farhan Shariar, otherwise known for business purposes as Jack Dawson. I am employed as Operations Manager at Hello Tech Solutions Ltd., a registered Business Processing Outsourcing company based in Dhaka, Bangladesh, whose address is 229 PSC Convention Hall Rd, Dhaka 1216, Bangladesh.

2. I am over the age of 18, of sound mind and capable of understanding and making this Declaration.

3. I have personal knowledge of all of the facts and contentions stated herein, and do hereby declare and affirm that all of the facts and contentions stated herein are true and correct to the very best of my knowledge and information, and, if called as a witness, could appear and testify competently thereto.

4.      Among the services Hello Tech provides is business-to-business lead generation through digital and web-based advertising.

5.      Hello Tech does not cold-call or use automated dialing systems. We receive sales leads through social media from people who call us directly or from people we call directly after they apply for funding on a social media website.

6.      Hello Tech has numerous entities that it uses for digital and web-based advertising, including Green Arrow Capital, which was used by Mr. Brandon Callier, to apply for a Business Loan online.  (See attached).

**A.      Hello Tech d/b/a Green Arrow Capital.**

7.      I am familiar with Mr. Brandon Callier, who is listed in our database as having responded to our marketing on thirteen (13) different occasions between April 9, 2021, and July 5, 2022.

8.      I spoke personally with Mr. Callier on two (2) of the thirteen (13) occasions he inquired and/or applied for a business loan.

9.      On each of Mr. Callier's thirteen (13) inquiries, Mr. Callier represented to myself and my staff that he was shopping for a business loan on behalf of one of his numerous businesses: Aero Services, LLC; Aero Finance, LLC; BBA Corp; Vanity Nail Bar; or as the owner of a tax preparation service.

10.     Each time Mr. Callier inquired and/or applied for a business loan, Mr. Callier provided his phone number as (915) 383-4604, and email address, callier74@gmail.com.

11.     Each time Mr. Callier inquired and/or applied for a business loan, Mr. Callier affirmatively gave consent to receive telephone calls, texts and emails regarding lending offers from us, our affiliates or from third-party funding partners, which Mr. Callier requested be

Declaration Under Penalty Of Perjury By Farhan Shariar In Support Of
Defendant Jascott Investments, LLC's Motion For Summary Judgment
*Brandon Callier vs. Jascott Enterprises, LLC, et al.*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-0301-FM                    Page 2 of 6

communicated to his phone number, (915) 383-4604, or his email address, callier74@gmail.com.

12.     Every consumer who makes an inquiry to Hello Tech is informed at the beginning of the discussion that consent to receiving promotional communications is not required as a condition of any loan approval or funding, and that the consumer may revoke this consent at any time.

13.     The thirteen (13) inquiries made to Hello Tech by Mr. Callier on behalf of his various business entities were contemporaneously documented by Hello Tech, in our electronic data base, during the course of a regularly conducted business activity.

14.     According to Hello Tech's contemporaneous electronic data base, the dates and purposes of Mr. Callier's other twelve (12) business inquiries were:

   a.     On April 9, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a working capital loan for Fifteen Thousand Dollars ($15,000) on behalf of his business BBA Corp, my records indicate.

   b.     On June 12, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Ten Thousand Dollar ($10,000) loan to acquire equipment for his business Aero Finance, LLC, my records state.

   c.     On June 29, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Ten Thousand Dollar ($10,000) loan to acquire additional equipment and expand his tax preparation business, my records state.

   d.     On August 9, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Ten Thousand Dollar ($10,000) loan to acquire equipment for his tax preparation business, my records indicate.

   e.     On August 11, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Ten Thousand Dollar ($10,000) working capital loan on behalf of his business, Aero Finance, LLC, an inquiry which I personally handled, my records state.

   f.     On September 13, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Ten Thousand Dollar ($10,000) loan to acquire equipment for his business, Aero Services, LLC, my records state.

Declaration Under Penalty Of Perjury By Farhan Shariar In Support Of
Defendant Jascott Investments, LLC's Motion For Summary Judgment
*Brandon Callier vs. Jascott Enterprises, LLC, et al.*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-0301-FM                    Page 3 of 6

g.  On October 12, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a loan for Ten Thousand Dollars ($10,000) to acquire equipment for his business BBA Corp, my records indicate.

h.  On November 5, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Twenty-Five Thousand Dollar ($25,000) loan to acquire equipment for a tax preparation business, my records indicate.

i.  On December 7, 2021, Mr. Callier contacted Hello Tech to inquire about obtaining a Twenty Thousand Dollar ($20,000) loan to acquire equipment for his business, Aero Services, LLC, my records state.

j.  On January 20, 2022, Mr. Callier contacted Hello Tech to inquire about obtaining a Twenty Thousand Dollar ($20,000) loan for working capital on behalf of Aero Services, LLC, an inquiry which I personally handled, my records state.

k.  On June 28, 2022, Mr. Callier contacted Hello Tech to inquire about obtaining a Fifty Thousand Dollar ($50,000) loan to acquire equipment for his business Vanity Nail Bar, my records indicate.

l.  On July 5, 2022, Mr. Callier contacted Hello Tech to inquire about obtaining a working capital loan for Fourteen Thousand Dollars ($14,000) for his business BBA Corp, my records indicate.

**B.  Brandon Callier d/b/a Aero Services LLC.**

15.  Of Mr. Callier's thirteen (13) business loan inquiries made to Hello Tech, the business loan inquiry relevant to Jascott Investments, LLC, was made on April 2, 2022. This inquiry, forwarded to Jascott Investments, LLC, was in response to Hello Tech's internet marketing on behalf of "Green Arrow Capital."  Green Arrow Capital is one of numerous doing business as ("dba") entities that Hello Tech utilizes.  (See attached).

16.  Callier's initial inquiry on April 2, 2022, consisted of completing and submitting a business loan application online, via Green Arrow Capital's website.  (See attached). Specifically, Mr. Callier completed and submitted his inquiry for a business loan, by going to the "Apply Now" web page on Green Arrow Capital's website.  (See attached).  On the "Apply

Declaration Under Penalty Of Perjury By Farhan Shariar In Support Of
Defendant Jascott Investments, LLC's Motion For Summary Judgment
*Brandon Callier vs. Jascott Enterprises, LLC, et al.*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-0301-FM          Page 4 of 6

==Now" web page, Mr. Callier provided financial information about his business, "Aero Services LLC", such as its "Monthly Revenue", its "Time in business", and the "Funding Amount" requested, all of which was requested, in order to "Apply for a Business Loan Online."==

17.     At the bottom of the "Apply Now" web page, below the "Apply for a Business Loan Online", a notice to consumers is set forth, which reads as follows:

> "By clicking the Get Funded button above, **you consent to receive calls, texts, and e-mails** via automated technology or recorded messages to any number or email address you provide regarding offers and my account by or on behalf of Greenbox Capital and its affiliates and third-party funding partners. You understand that consent to promotional communications is not required as a condition of any approval or purchase and **may be revoked** at any time by emailing info@greenboxcapital.com. Message and data rates may apply. You can also apply for business funding by contacting us at 855.442.3423. All information provided to Greenbox Capital is subject to our privacy policy."

(See attached) (emphasis added).

18.     By completing and submitting his "Business Loan Online" application, Mr. Callier thus provided his consent "t**o receive calls, texts, and e-mails**."

19.     In a follow-up phone call, on April 2, 2022, after submitting his "Business Loan Online" application, Mr. Callier represented to Hello Tech employee Max Williams (d/b/a Green Arrow Capital) that he was seeking a Sixty Thousand Dollar ($60,000) loan to acquire equipment for Mr. Callier's business, Aero Services LLC.  In that follow-up phone call of April 2, 2022, Max Williams obtained from Mr. Callier additional information, such as whether Mr. Callier has a history of bankruptcy filings, or outstanding debt, the reason for the loan, and how soon the financing was needed.  Hello Tech requested this financial information from Mr. Callier to determine which of its affiliates or third-party funding partners are best suited to offer the financial products and services requested by business loan applicants such as Mr. Callier.

20.     In the follow-up phone call of April 2, 2022, as a matter of policy, Mr. Callier was

Declaration Under Penalty Of Perjury By Farhan Shariar In Support Of
Defendant Jascott Investments, LLC's Motion For Summary Judgment
*Brandon Callier vs. Jascott Enterprises, LLC, et al.*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-0301-FM          Page 5 of 6

asked if he consented to telephone contact from third-party funding sources such as

INVESTMENTS. In the follow-up phone call of April 2, 2022, Mr. Callier consented to

telephone contact from third-party funding sources, and therefore Mr. Callier's business loan

inquiry was sent to INVESTMENTS, because we thought INVESTMENTS was a great fit, and

Mr. Callier's verbal interview and online business loan application indicated he met all of the

requirements for a business loan from INVESTMENTS.

21.    Mr. Callier at no time before, during or after the follow-up phone call of April 2,

2022:

> a.    Informed us that his phone number of (915) 383-4604 was a residential phone number;
>
> b.    Informed us that he was on a "Do-Not-Call Registry"
>
> c.    Informed us that he was not seeking or applying for a business loan;
>
> d.    Informed us that he was not going to close on a business loan; or
>
> e.    Revoked his "consent to receive calls, texts, and e-mails" from us, or from third-party funding sources;

Further Declarant Sayeth Not

###

EXECUTED on   24ᵗʰ January , 2024.

Farhan Shariar,
Declarant

Declaration Under Penalty Of Perjury By Farhan Shariar In Support Of
Defendant Jascott Investments, LLC's Motion For Summary Judgment
*Brandon Callier vs. Jascott Enterprises, LLC, et al.*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-0301-FM



# Your Business Need Options. We've got different loans available for you.



## Green Arrow Line of Credit

## Green Arrow Term Loan

# Business Financing Solutions

Custom Financing Solutions for your small business



## We Fund Businesses in Most Industries



TRANSPORTATION  RESTAURANT  CONSTRUCTION  MEDICAL

AUTO SALES  RETAIL  LANDSCAPING  DENTAL

# The perfect Combo of speed and service
## And its very easy to get started



### Step 1. Complete The application

Our application is pretty simple. You can apply online or over the phone.

### Step 2. Get a decision

Your dedicated Loan Advisor will review your options with you.

### Step 3. Receive your funds

Complete the online checkout and receive your funds as soon as the same day.

## Apply Online
### Get Started

Give Us a Call
(347) 318-4246
Monday to Friday
9.30AM-7.30PM ET





 

HOME    TERM LOAN    LINE OF CREDIT    **ABOUT US**    CONTACT US          APPLY NOW



# About us

Since 2019, we have emerged as a prominent financial institution in the United States. Our primary focus is on providing small business loans, which are designed to assist small and mid sized businesses with their funding requirements. We specialize in delivering prompt and hassle free working capital and addressing various financial needs that businesses may have.

# What We Do

We believe that small businesses are the lifeblood of the U.S. economy, and historically have been underserved financially. Since our founding in 2019, we've been committed to making it efficient and convenient for small businesses to access financing online.

We know that a small business is more than just a credit score. That's why we pioneered the use of data analytics and digital technology to aggregate and analyze thousands of data points to assess the creditworthiness of small businesses rapidly and accurately.

We also know that small business owners don't have enough hours in the day as it is, and when they need funds, they need them right away. That's why we created a simple online application, backed by exceptional customer service – so business owners can get the funds they need, and back to running their businesses.

# Our Core Principles

OnDeck supports and empowers small businesses with flexible financing
solutions and world-class service. We're committed to:



### The Best Customer Experience

Ensuring all aspects of a customer's OnDeck experience meet
highest standards of excellence



### Truthful, transparent information

Providing our customers with complete information about our
products so they can make informed decisions.



### Responsible business financing

Building a sustainable and scalable model of financing that enables
small businesses to thrive.



### Respect for Our Customers

Ensuring all aspects of a customer's OnDeck experience meet
highest standards of excellence



### Privacy and Data Security

Providing our customers with complete information about our
products so they can make informed decisions.



### Live by Green Arrow Values

Building a sustainable and scalable model of financing that enables
small businesses to thrive.

Since 2019, we have emerged as a prominent financial institution in the United States. Our primary focus is on providing small business loans, which are designed to assist small and mid-sized businesses with their funding requirements. We specialize in delivering prompt and hassle free working capital and addressing various financial needs that businesses may have.

**Important Links**

▸  About
▸  Services
▸  Pricing
▸  Contact
▸  Support

**Newsletter**

Your Name

Your Email

SUBSCRIBE

© 2018 ALL RIGHTS RESERVED                    DEVELOPED BY DELVA SOFTWARE SOLUTIONS



HOME   TERM LOAN   LINE OF CREDIT   ABOUT US   CONTACT US

 

**APPLY NOW**

Fill out the form below and we will
contact you as soon as possible!

# Contact Us

Your Name

Your Email

**Contact Info**

Phone Number

---

100 William Street 7th Floor New York,NY 10038 United States

(347) 318-4246

Message

info@greenarrowcapital.com

Send

---

Green Arrow
Capital

Since 2019, we have emerged as a prominent financial
institution in the United States. Our primary focus is on
providing small business loans, which are designed to assist
small and mid-sized businesses with their funding
requirements. We specialize in delivering prompt and hassle-
free working capital and addressing various financial needs
that businesses may have.

**Important Links**

▸ About
▸ Services
▸ Pricing
▸ Contact
▸ Support

**Newsletter**

Your Name

Your Email

SUBSCRIBE

© 2018 ALL RIGHTS RESERVED

DEVELOPED BY DELVA SOFTWARE SOLUTIONS



**APPLY NOW**

### Apply Online

FILL OUT THE FORM BELOW TO START APPLYING FOR A BUSINESS LOAN ONLINE AND GET FUNDING YOU NEED IN AS LITTLE AS 24 HOURS. ONE OF OUR FUNDING ADVISORS WILL REACH OUT TO YOU SHORTLY TO FINISH YOUR APPLICATION, LEARN MORE ABOUT YOUR BUSINESS, AND DISCUSS YOUR FUNDING AND REPAYMENT OPTIONS. WE AIM TO RESPOND TO ALL APPLICANTS WITHIN ONE HOUR (DURING REGULAR BUSINESS HOURS).

## Apply for a Business Loan Online

All fields marked by an asterisk (*) are mandatory.



Funding Amount

Monthly Revenue

Time in business

Company Name

First Name

Last Name

Email

Phone Number

City

Zip Code

Country

Industry

**GET FUNDED\***

* By clicking the Get Funded button above, you consent to receive calls, texts, and e-mails via automated technology or recorded messages to any number or email address you provide regarding offers and my account by or on behalf of Greenbox Capital and its affiliates and third-party funding partners. You understand that consent to promotional communications is not required as a condition of any approval or purchase and may be revoked at any time by emailing info@greenboxcapital.com. Message and data rates may apply. You can also apply for business funding by contacting us at 855-442-3423. All information provided to Greenbox Capital is subject to our privacy policy."



Since 2019, we have emerged as a prominent financial institution in the United States. Our primary focus is on providing small business loans, which are designed to assist small and mid-sized businesses with their funding requirements. We specialize in delivering prompt and hassle-free working capital and addressing various financial needs that businesses may have.

**Important Links**

- About
- Services
- Pricing
- Contact
- Support

**Newsletter**

Your Name

Your Email

**SUBSCRIBE**

© 2018 ALL RIGHTS RESERVED

DEVELOPED BY DELVA SOFTWARE SOLUTIONS