# EXHIBIT A

  









Round-trip | Dhaka × + ⇄ Dallas × + | Sun 9/8 ‹ › | Tue 9/10 ‹ ›

We're still gathering data for this route

**Track prices** Off

**Ask KAYAK.**
BETA • Powered by ChatGPT

What are you looking for? Try something like: I want to see flights with no layover under $300.

Filter flights

**1239** of 1791 flights

**Stops**

- Nonstop
- 1 stop $1,469
- 2+ stops $1,687

**Fee Assistant**

- Carry-on bag – 0 +
- Checked bag – 0 +

**Book on KAYAK**

Show offers instantly bookable on KAYAK.

**Times**

Take-off | Landing

Take-off from DAC
Sun 1:30 AM - Mon 12:00 AM

Take-off from DFW
Tue 7:00 AM - 11:00 PM

**Airlines**

Select all | Clear all

- American Airlines $2,029
- Emirates $1,852
- Gulf Air $2,007
- Qatar Airways $1,949
- Turkish Airlines $1,469
- Multiple airlines

**Show 19 more airlines**

Expedia **Book once, earn twice**
Book now to earn your airline miles on top of our rewards.

6:20 am – 6:55 pm Turkish Airlines | 1 stop IST | 23h 35m DAC-DFW
8:40 pm – 4:50 am +2 Turkish Airlines | 1 stop IST | 21h 10m DFW-DAC

Ad

1 2
**$1,533**
Semi-Flexible
Expedia
View Deal
Flexible $2,136

Compare vs. I

Best | Cheapest

6:20 am – 6:55 pm Turkish Airlines | 1 stop IST | 23h 35m DAC-DFW
8:40 pm – 4:50 am +2 Turkish Airlines | 1 stop IST | 21h 10m DFW-DAC

1 2
Exclusive Rate
**$1,469**
Economy
oojo
View Deal
Semi-Flexible $1,479
Flexible $2,136

QATAR AIRWAYS
**Fly to Dallas**
Book on the Qatar Airways website to enjoy special fares, save on extra baggage & more.
$1,981 1 stop
Qatar Airways | Ad

**$1,981**
Qatar Airways
View Deal

7:30 pm – 9:50 am +1 Emirates | 1 stop DXB | 25h 20m DAC-DFW
12:15 pm – 11:20 pm +1 Emirates | 1 stop DXB | 24h 05m DFW-DAC

$1,909 / person directly with Emirates

1 2
Exclusive Rate
**$1,852**
Eco Special
oojo
View Deal
Eco Flex $1,892
Eco Flex Plus $3,622

6:20 am – 1:05 pm +1 Turkish Airlines | 1 stop IST | 41h 45m DAC-DFW
8:40 pm – 4:50 am +2 Turkish Airlines | 1 stop IST | 21h 10m DFW-DAC

1 2
Exclusive Rate
**$1,469**
Economy
oojo
View Deal
Semi-Flexible $1,479
Flexible $2,136

6:20 am – 6:55 pm Turkish Airlines | 1 stop IST | 23h 35m DAC-DFW
6:55 pm – 3:35 am +2 Qatar Airways | 1 stop DOH | 21h 40m DFW-DAC

Semi-Flexible, Eco $1,949

**Get Price Alerts**
Monitor prices and receive email updates when they change.
Track prices

Round-trip | Dhaka × + | Dallas × + | Sun 9/8 | Tue 9/10

priceline

**Flights deals to Dallas**

Go to your happy price.

**$1,892** 1 stop

Priceline | **Ad**

**$1,892**
Priceline
View Deal

1 | 2

**6:20 am – 6:55 pm** Turkish Airlines | **1 stop** IST | **23h 35m** DAC-DFW

**6:55 pm – 3:35 am** +2 Alaska Airlines | **1 stop** DOH | **21h 40m** DFW-DAC

Operated by Qatar Airways

**$1,949**
As low as $122/mo
Semi-Flexible, Main Refundable
Orbitz
View Deal
Business Semi-Flex... $2,113
Flexible, Main Refu... $4,782

1 | 2

**3:45 am – 4:00 pm** Qatar Airways | **1 stop** DOH | **23h 15m** DAC-DFW

**6:55 pm – 3:35 am** +2 Qatar Airways | **1 stop** DOH | **21h 40m** DFW-DAC

$2,028 / person directly with Qatar Airways

Exclusive Rate
**$2,012**
Economy Lite
oojo
View Deal
Economy Conveni... $2,028
Economy Conveni... $2,202

1 | 2

**7:30 pm – 9:50 am** +1 Emirates | **1 stop** DXB | **25h 20m** DAC-DFW

**6:55 pm – 3:35 am** +2 Alaska Airlines | **1 stop** DOH | **21h 40m** DFW-DAC

Operated by Qatar Airways

**$1,977**
As low as $124/mo
Eco Saver, Main Refundable
Orbitz
View Deal
Eco Flex Plus, Mai... $2,067
Eco Flex, Main Ref... $3,105

1 | 1

**3:45 am – 4:00 pm** Qatar Airways | **1 stop** DOH | **23h 15m** DAC-DFW

**6:55 pm – 3:35 am** +2 American Airlines, Qatar Airways | **1 stop** DOH | **21h 40m** DFW-DAC

Operated by Qatar Airways

**$2,036**
Economy Convenience, Basic Economy
Qatar Airways
View Deal

Expedia

**Book your flight to unlock more savings**

Members can save up to 30% when they add a hotel to their flight.

**$1,533** 1 stop

Expedia | **Ad**

**$1,533**
Expedia

**Get Price Alerts**
Monitor prices and receive email updates when they change.
Track prices

**6:20 am – 6:55 pm** Turkish Airlines | **1 stop** IST | **23h 35m** DAC-DFW

Economy Lite

Round-trip | Dhaka × + ⇄ Dallas × + | Sun 9/8 < > | Tue 9/10 < >

SkyTeam
Star Alliance $1,469

**Airports**

**Dhaka**
DAC: Hazrat Shahjalal ... $1,469
**Dallas**
DFW: Dallas/Fort Worth $1,469

**Duration**

Flight leg
23h 15m - 61h 10m

Layover
0h 55m - 22h 30m

**Price**

**Cabin**

**Layover airports**

**Flight quality**

**Aircraft**

**Booking sites**

Semi-Flexible, Eco... $1,949

---

3:45 am – 4:00 pm | Qatar Airways | 1 stop DOH | 23h 15m DAC-DFW
10:55 pm – 9:25 am +2 | Qatar Airways | 1 stop DOH | 23h 30m DFW-DAC

$2,028 / person directly with Qatar Airways

1 | 2
Exclusive Rate
**$2,012**
Economy Lite
oojo
View Deal
Economy Conveni... $2,028
Economy Conveni... $2,202

---

3:45 am – 4:00 pm | Qatar Airways | 1 stop DOH | 23h 15m DAC-DFW
10:55 pm – 9:25 am +2 | American Airlines, Qatar Airways | 1 stop DOH | 23h 30m DFW-DAC

Operated by Qatar Airways

1 | 1
**$2,036**
Economy Convenience, Basic Economy
Qatar Airways
View Deal
Economy Comfort... $5,036

---

7:30 pm – 9:50 am +1 | Emirates | 1 stop DXB | 25h 20m DAC-DFW
12:15 pm – 7:10 am +2 | Emirates | 1 stop DXB | 31h 55m DFW-DAC

Operated by flydubai
$1,909 / person directly with Emirates

1 | 2
Exclusive Rate
**$1,852**
Eco Special
oojo
View Deal
Eco Flex $1,892

---

LOEWS HOTELS
**Loews® Arlington Hotel**
Your perfect getaway is only a drive away. Stay at Loews Arlington Hotel for daily parking.
Loews® Hotels | **Ad**
View Deal

---

3:45 am – 4:00 pm | Qatar Airways | 1 stop DOH | 23h 15m DAC-DFW
2:25 pm – 2:15 am +2 | Qatar Airways | 2 stops ATL, DOH | 24h 50m DFW-DAC

Operated by American Airlines

1 | 2
**$2,006**
Economy Lite
oojo
View Deal
Economy Conveni... $2,028

---

6:20 am – 6:55 pm | Turkish Airlines | 1 stop IST | 23h 35m DAC-DFW
12:15 pm – 11:20 pm +1 | Emirates | 1 stop DXB | 24h 05m DFW-DAC

1 | 2
**$2,066**
Eco Special
eDreams

**Get Price Alerts**
Monitor prices and receive email updates when they change.
**Track prices**

Company
About
Careers
Mobile
Blog
How we work

Do Not Sell or Share My Info Privacy Terms & Conditions Ad Choices

KAYAK

| | 12:15 pm – 8:40 am Emirates | 1 stop DXB | 33h 25m DFW-DAC | | View Deal Eco Flex $1,892 |
|---|---|---|---|---|---|
| | | | $1,909 / person directly with Emirates | | |

Show more results

**Stays near Dallas**  
Sun, Sep 8 - Tue, Sep 10                                                    Find stays


4+ class hotels


3+ class hotels

**Drive around in Dallas**  
Sun, Sep 8 - Tue, Sep 10                                                    Find cars

Small                           Medium

* Prices are per person and do not include baggage fees. Some train and bus prices may not include a service fee added by the provider at checkout.

¹Hacker Fare tickets are sold to/from a destination via different airlines and are subject to each airline's terms, including changes to itineraries. Any changes made to one of your tickets will not necessarily apply to the other ticket. Fares change frequently and are subject to availability. International travel may require...


Get Price Alerts
Monitor prices and receive email updates when they change.
Track prices