# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| BRANDON L CALLIER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. 3:22-CV-00301-LS |
| § | |
| JASCOTT INVESTMENTS, LLC, and § | |
| JOHN DOES 1-4, § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

At trial in this case, beginning on January 27, 2025, the jury returned a verdict finding Defendant Jascott Investments, LLC, not liable on all counts of Plaintiff Brandon Callier's complaint against it. The jury retired to deliberate at 2:24 p.m. on January 29, 2025 and returned its verdict the same day. The Court read the verdict at 4:40 p.m. on January 29, 2025.

Consistent with Fed. R. Civ. P. 58, the Court therefore enters judgment in favor of Defendant Jascott Investments, LLC on all claims in this case. Plaintiff Brandon Callier takes nothing.

Costs shall be taxed against Plaintiff Brandon Callier; Defendant Jascott Investments, LLC shall file any bill of costs in accordance with Fed. R. Civ. P. 54(d)(1) by **February 25, 2025**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 11, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE