

4851 LBJ Freeway, Suite 220
(Tollway @ LBJ)
Dallas, Texas 75244
214.534.1990
**wpryor@willpryor.com**

January 5, 2024

**Invoice No. 1.17.24.1**

**For Mediation Services**: *Callier v. PAC Western Financial*

**Date of Mediation:** January 17, 2024

**Amount:** $500/per party

(all individuals or entities represented by the same counsel are one "party")

(the parties will be invoiced at an hourly rate of $500/hour, divided evenly, in the event the mediation goes beyond 12:00 noon)

Please make check payable to: Will Pryor

Federal Tax ID No.: 74-2669068

**Payment of Fees In Advance Required**

Regular U.S. Mail is best



**ACR Ink, LLC**
221 N. Kansas, Suite 505
El Paso, TX 79901

Ph. 915.542.3422  Fax 915.542.3443
www.acr-ink.com

# Invoice

| Bill To |
|---|
| The Nevarez Law Firm, PC<br>P.O.Box 12247<br>El Paso, Texas 79913 |

| Date | Invoice # |
|---|---|
| 1/23/2024 | 24-00073 |

| Due Date | Job # |
|---|---|
| 2/24/2024 | 24-0006 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Brandon Callier v. JaScott Enterprises, LLC, et al.<br>Cause #: 3:22-CV00301-FM | | | |
| Appearance Fee | 1.00 | 75.00 | 75.00 |
| Witness: Brandon Callier  1.8.2024   Vol. 1 | | | |
| O&1 Video Deposition Transcript | 217.00 | 6.33 | 1,373.61 |
| Exhibits (Black and White) | 565.00 | 0.30 | 169.50 |
| Video Setup/1st Hour | 1.00 | 175.00 | 175.00 |
| Video additional hour | 5.75 | 100.00 | 575.00 |
| DVD/CD | 1.00 | 25.00 | 25.00 |
| Administration Fee | 1.00 | 55.00 | 55.00 |

Thank you for your business.

Late fees may be assessed after 30 days

Tax ID Number
84-3696167

| | |
|---|---|
| **Total** | $2,448.11 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,448.11 |



**ACR Ink, LLC**
221 N. Kansas, Suite 505
El Paso, TX 79901

Ph. 915.542.3422  Fax 915.542.3443
www.acr-ink.com

# Invoice

| Bill To |
|---|
| The Nevarez Law Firm, PC |
| P.O.Box 12247 |
| El Paso, Texas 79913 |

| Date | Invoice # |
|---|---|
| 1/23/2024 | 24-00074 |

| Due Date | Job # |
|---|---|
| 1/23/2024 | 24-0021 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Brandon Callier v. JaScott Enterprises, LLC, et al. | | | |
| Cause #: 3:22-CV00301-FM | | | |
| | | | |
| Appearance Fee | 1 | 75.00 | 75.00 |
| | | | |
| Witness: Brandon Callier 1.12.2024  Vol. 2 | | | |
| O&1 Video Deposition Transcript | 1 | 275.00 | 275.00 |
| Exhibits (Black and White) | 10 | 0.30 | 3.00 |
| Exhibits (Color) | 32 | 1.30 | 41.60 |
| | | | |
| Video Setup/1st Hour | 1 | 175.00 | 175.00 |
| DVD/CD | 1 | 25.00 | 25.00 |
| | | | |
| Witness: Mitchell Scott  1.12.2024 | | | |
| Copy of Deposition Transcript | 101 | 2.00 | 202.00 |
| Exhibits (Color) | 5 | 1.30 | 6.50 |
| Exhibit Disk | 1 | 25.00 | 25.00 |
| | | | |
| Administration Fee | 1 | 55.00 | 55.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $883.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $883.10 |

Late fees may be assessed after 30 days

Tax ID Number
84-3696167



FEIN: **46-**
Billing Support: **888-891-4847**
Customer Support: **888-493-2209**
FAX: **561-226-9717**

## Customer Information

**The Law Offices of Michael R. Nevarez, A Professional Corporation**

**7362 Remcon Circle**

**El Paso, TX 79912**

Account ID: **1806910**
Invoice ID: **1806910-202401-1**
Invoice Date: **02/01/2024**
Billing Period: **01/01/2024 - 01/31/2024**
Terms: **Net 30**
Payment Preference: **Auto-Debit**

**PLEASE REFERENCE YOUR ACCOUNT ID ON YOUR CHECK!**

## Remittance Address

**TransUnion Risk and Alternative Data Solutions, Inc.**

**PO Box 209047**

**Dallas, TX 75320-9047**

### January 2024 Billing:

| | |
|---|---:|
| Current Charges: | **$280.00** |
| Sales Tax: | **$18.48** |
| Credits / Adjustments: | **$0.00** |
| **Total Month Billable:** | **$298.48** |

### Account Summary:

| | |
|---|---:|
| Previous Month(s) Balance: | **$0.00** |
| Total Month Billable: | **$298.48** |
| **Total Account Balance:** | **$298.48** |

*We attempted to charge the outstanding account balance to your Visa ending in 4991 on 02/01/2024, however the payment was unsuccessful.  Please login and update your payment information.*

Log in to the **Billing** section of **My Account** in TLOxp to:
- Make a Payment Online
- Download Invoices
- Review Billing History
- Update Payment Preferences, such as Auto-Debit or Check

***Please refer to the following pages for a detailed list of charges.***
*Social Security Numbers cannot be displayed in details.*

**Current Charges - Other - Jan 1, 2024 through Jan 31, 2024**

| Date Ordered | Product | Description | Charge | Balance |
|---|---|---|---|---|
| 2024-01-31 | TLOxp | Minimum Usage $0.00 - Waived | $0.00 | $0.00 |

## Current Charges - Transactional - Jan 1, 2024 through Jan 31, 2024

| Date | User | Transaction Type | Reference Id | Note | Charge | Balance | Description (PII removed) |
|---|---|---|---|---|---|---|---|
| Jan 10, 14:57 | Denise Macias | TruLookup Person Search | [ None ] | | $5.00 | $5.00 | BARBARA T SILVA,64,EL PASO,TX |
| Jan 10, 14:57 | Denise Macias | TruLookup Comprehensive Report | [ None ] | | $20.00 | $25.00 | BARBARA T SILVA,64,EL PASO,TX |
| Jan 10, 14:58 | Denise Macias | TruLookup Comprehensive Report | [ None ] | EXPORT TO PDF | $0.00 | $25.00 | BARBARA T SILVA,64,EL PASO,TX |
| Jan 10, 15:03 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $30.00 | SECRETARY OF STATE/CORPORATIONS DIVISION,NASHVILLE,TN |
| Jan 10, 15:03 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $40.00 | SECRETARY OF STATE CORPORATIONS DIVISION,NASHVILLE,TN |
| Jan 10, 15:05 | Denise Macias | TruLookup US Business Search | [ None ] | NO CHARGE - NO HIT | $0.00 | $40.00 | |
| Jan 10, 15:05 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $45.00 | SECRETARY OF STATE,AUSTIN,TX |
| Jan 10, 15:06 | Denise Macias | TruLookup US Business Search - Advanced | [ None ] | | $5.00 | $50.00 | GTA GLOBAL HOLDINGS, LLC |
| Jan 10, 15:07 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $60.00 | AERO TAX SERVICES,EL PASO,TX |
| Jan 10, 15:07 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $60.00 | AERO TAX SERVICES,EL PASO,TX |
| Jan 10, 15:09 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $65.00 | AERO FINANCE LLC,EL PASO,TX |
| Jan 10, 15:09 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $75.00 | AERO FINANCE LLC,EL PASO,TX |
| Jan 10, 15:10 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $75.00 | AERO FINANCE LLC,EL PASO,TX |
| Jan 10, 15:10 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $80.00 | AERO MOTORS LLC,EL PASO,TX |
| Jan 10, 15:10 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $90.00 | AERO MOTORS LLC,EL PASO,TX |
| Jan 10, 15:11 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $90.00 | AERO MOTORS LLC,EL PASO,TX |
| Jan 10, 15:12 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $95.00 | AERO TAX SERVICES,EL PASO,TX |
| Jan 10, 15:12 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | NO CHARGE - DUPLICATE | $0.00 | $95.00 | AERO TAX SERVICES,EL PASO,TX |
| Jan 10, 15:13 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | NO CHARGE - DUPLICATE | $0.00 | $95.00 | AERO TAX SERVICES,EL PASO,TX |
| Jan 10, 15:15 | Denise Macias | TruLookup Person Search - Advanced | [ None ] | | $5.00 | $100.00 | YAZMIN A GONZALEZ,14205 CHARLES POLLOCK AVE, EL PASO, TX 79938 |
| Jan 10, 15:21 | Denise Macias | TruLookup Person Search - Advanced | [ None ] | NO CHARGE - NO HIT | $0.00 | $100.00 | YAZMIN GONZALEZ,GONZALEZ18YAZMIN@GMAIL.COM |
| Jan 10, 15:22 | Denise Macias | TruLookup Person Search - Advanced | [ None ] | | $5.00 | $105.00 | YAZMIN A GONZALEZ,EL PASO, TX |
| Jan 10, 15:23 | Denise Macias | TruLookup 411 Plus - Advanced | [ None ] | NO CHARGE - NO HIT | $0.00 | $105.00 | YAZMIN A GONZALEZ,(915) 820-1859 |
| Jan 10, 15:23 | Denise Macias | TruLookup 411 Plus - Advanced | [ None ] | | $5.00 | $110.00 | (915) 820-1859 |
| Jan 10, 15:25 | Denise Macias | TruLookup Comprehensive Address Report | [ None ] | | $10.00 | $120.00 | 14205 CHARLES POLLOCK AVE, EL PASO, TX 79938-3197 |
| Jan 10, 15:31 | Denise Macias | TruLookup 411 Plus - Advanced | [ None ] | NO CHARGE - DUPLICATE | $0.00 | $120.00 | (915) 820-1859 |
| Jan 10, 15:50 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $125.00 | DCS ENTERPRISES LLC,EL PASO,TX |
| Jan 10, 15:50 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $135.00 | DCS ENTERPRISES LLC,EL PASO,TX |
| Jan 10, 15:50 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $135.00 | DCS ENTERPRISES LLC,EL PASO,TX |
| Jan 10, 15:52 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $140.00 | FLYTE TYME INC,ARLINGTON,TX |
| Jan 10, 15:52 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $150.00 | FLYTE TYME INC,ARLINGTON,TX |
| Jan 10, 15:52 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $150.00 | FLYTE TYME INC,ARLINGTON,TX |
| Jan 10, 15:53 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $155.00 | GLAM DOLL LLC,EL PASO,TX |
| Jan 10, 15:53 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $165.00 | GLAM DOLL LLC,EL PASO,TX |
| Jan 10, 15:53 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $165.00 | GLAM DOLL LLC,EL PASO,TX |
| Jan 10, 15:54 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $170.00 | K1 CONSTRUCTION LLC,EL PASO,TX |
| Jan 10, 15:54 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $180.00 | K1 CONSTRUCTION LLC,EL PASO,TX |
| Jan 10, 15:55 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $180.00 | K1 CONSTRUCTION LLC,EL PASO,TX |
| Jan 10, 15:55 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $185.00 | SHETH A KORP INC,EL PASO,TX |
| Jan 10, 15:55 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $195.00 | SHETH A KORP INC,EL PASO,TX |
| Jan 10, 15:55 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $195.00 | SHETH A KORP INC,EL PASO,TX |
| Jan 10, 15:56 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $200.00 | RUNAWAY CORP,EL PASO,TX |
| Jan 10, 15:56 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $210.00 | RUNAWAY CORP,EL PASO,TX |
| Jan 10, 15:57 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $210.00 | RUNAWAY CORP,EL PASO,TX |
| Jan 10, 15:59 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $215.00 | WATKINS MANOR LLC,DALLAS,TX |
| Jan 10, 15:59 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $225.00 | WATKINS MANOR LLC,DALLAS,TX |
| Jan 10, 15:59 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $225.00 | WATKINS MANOR LLC,DALLAS,TX |
| Jan 10, 16:01 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $230.00 | NIJINSKY 1 GROUP LLC,CHEYENNE,WY |
| Jan 10, 16:01 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $240.00 | NIJINSKY 1 GROUP LLC,CHEYENNE,WY |
| Jan 10, 16:03 | Denise Macias | TruLookup US Business Search | [ None ] | NO CHARGE - DUPLICATE | $0.00 | $240.00 | SECRETARY OF STATE/CORPORATIONS DIVISION,NASHVILLE,TN |
| Jan 10, 16:04 | Denise Macias | TruLookup US Business Search - Advanced | [ None ] | | $5.00 | $245.00 | AERO SERVICES LLC |
| Jan 10, 16:06 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $255.00 | AERO SERVICES LLC,CHEYENNE,WY |
| Jan 10, 16:07 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $255.00 | AERO SERVICES LLC,CHEYENNE,WY |
| Jan 10, 16:16 | Denise Macias | TruLookup US Business Search | [ None ] | | $5.00 | $260.00 | ZYPHRA DEVELOPMENT LLC,EL PASO,TX |
| Jan 10, 16:16 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | | $10.00 | $270.00 | ZYPHRA DEVELOPMENT LLC,EL PASO,TX |
| Jan 10, 16:18 | Denise Macias | TruLookup Comprehensive Business Report | [ None ] | EXPORT TO PDF | $0.00 | $270.00 | ZYPHRA DEVELOPMENT LLC,EL PASO,TX |
| Jan 10, 18:17 | Denise Macias | TruLookup Person Search - Advanced | [ None ] | NO CHARGE - NO HIT | $0.00 | $270.00 | YAZMINSOTO@VANITY_NAIL_BAR |
| Jan 10, 18:18 | Denise Macias | TruLookup Person Search - Advanced | [ None ] | | $5.00 | $275.00 | YAZMIN SOTO,EL PASO, TX |
| Jan 10, 18:19 | Denise Macias | TruLookup Person Search - Advanced | [ None ] | | $5.00 | $280.00 | YAZMIN SOTO,6316 EDGEMERE, EL PASO, TX 79925 |

| Date | User | Transaction Type | Reference Id | Note | Charge | Balance | Description (PII removed) |
|---|---|---|---|---|---|---|---|
| Jan 10, 18:21 | Denise Macias | TruLookup 411 Plus - Advanced | [ None ] | NO CHARGE - NO HIT | $0.00 | $280.00 | YAZMIN SOTO,(915) 704-4092 |

Payment successful

Gila LLC / MSB Receipt



El Paso County, Texas

District Clerk

500 E. San Antonio, Suite 103 El Paso, Texas 79901

(915) 546-2021

| | |
|---|---|
| **Transaction Date** | 04-04-2024 |
| **Initiated By** | Kathryn Martinez |
| **Transaction ID** | CC1205190 |
| **Item Reference** | COPIES |
| **Customer Name** | MICHAEL R. NEVAREZ |
| **Payment Type** | Credit Card |
| **Account Number** | 4991 |
| **Billing Zip** | 79913 |
| **Subtotal** | $12.20 |
| **Convenience Fee** | $2.95 |
| **Total Amount** | $15.15 |

**Order Details**

| | |
|---|---|
| **Miscellaneous**<br>1 x $12.20 | $12.20 |

**THANK YOU FOR YOUR PAYMENT**

Payment Processed by MSB

Payment successful

Gila LLC / MSB Receipt



El Paso County, Texas

District Clerk

500 E. San Antonio, Suite 103 El Paso, Texas 79901

(915) 546-2021

| | |
|---|---|
| **Transaction Date** | 04-11-2024 |
| **Initiated By** | Kathryn Martinez |
| **Transaction ID** | CC1228340 |
| **Item Reference** | COPIES |
| **Customer Name** | MICHAEL R. NEVAREZ |
| **Payment Type** | Credit Card |
| **Account Number** | 4991 |
| **Billing Zip** | 79913 |
| **Subtotal** | $1.00 |
| **Convenience Fee** | $2.95 |
| **Total Amount** | $3.95 |

**Order Details**

| | |
|---|---|
| **Item Reference: COPIES** <br> **Item Name: Miscellaneous** <br> 1 x $1.00 | $1.00 |

**THANK YOU FOR YOUR PAYMENT**

Payment Processed by MSB

Payment successful

Gila LLC / MSB Receipt



El Paso County, Texas

District Clerk

500 E. San Antonio, Suite 103 El Paso, Texas 79901

(915) 546-2021

| | |
|---|---|
| **Transaction Date** | 04-12-2024 |
| **Initiated By** | Kathryn Martinez |
| **Transaction ID** | CC1230942 |
| **Item Reference** | CERTIFIED COPY |
| **Customer Name** | MICHAEL R. NEVAREZ |
| **Payment Type** | Credit Card |
| **Account Number** | 4991 |
| **Billing Zip** | 79913 |
| **Subtotal** | $5.00 |
| **Convenience Fee** | $2.95 |
| **Total Amount** | $7.95 |

**Order Details**

| | |
|---|---|
| **Item Reference:** CERTIFIED COPY<br>**Item Name:** Miscellaneous<br>1 x $5.00 | $5.00 |

**THANK YOU FOR YOUR PAYMENT**

Payment Processed by MSB
