STATE OF TEXAS §
§
EL PASO COUNTY §

## AFFIDAVIT OF MICHAEL R. NEVAREZ IN SUPPORT OF DEFENDANT JASCOTT INVESTMENTS, LLC'S BILL OF COSTS

**BEFORE ME**, the undersigned notary, on this day personally appeared Michael R. Nevarez, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Michael R. Nevarez. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice in the State of Texas and the Western District of Texas, El Paso Division.

3. I represented Defendant, Jascott Investments, LLC in Civil Action No. 3:22-cv-00301-LS, in which the Court signed and entered a Final Judgment on February 11, 2025 (ECF No. 249), therein ordering that Jascott Investments, LLC may collect its costs from Plaintiff Brandon Callier.

4. Therefore, Defendant Jascott Investments, LLC files the attached bill of costs.

5. The costs included in the bill are allowed by law, are correctly stated, and were necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed."

_____
MICHAEL R. NEVAREZ

SWORN TO and SUBSCRIBED before me by Michael R. Nevarez, on this the 25th of February, 2025.

[Notary Seal: DENISE D. MACIAS, Notary Public, State of Texas, Comm. Expires 02-03-2029, Notary ID 130986833]

_Denise D. Macias_
Notary Public, State of Texas
Name: Denise D. Macias

My Commission Expires: 02/03/2029

---

Affidavit Of Michael R. Nevarez In Support of Defendant Jascott Investments, LLC Bill Of Costs
*Brandon Callier vs. PAC Western Financial LLC and Jascott Enterprises, LLC*
U.S. District Court, WDTX-El Paso Division; Cause No. 3:22-cv-00301-LS          Page 2 of 2